OPINION — AG — ** FUNERAL DIRECTORS — QUALIFICATIONS ** UNDER THE QUALIFICATIONS FOR AN EMBALMER LISTED IN 59 O.S. 1971 396.3 [59-396.3](B) THE BOARD OF EMBALMERS AND FUNERAL DIRECTORS MAY ACCEPT ACADEMIC CREDITS EARNED AT A COLLEGE LEVEL SCHOOL OF MORTUARY SCIENCE AS PART OF THE SIXTY (60) ACCREDITED HOURS OF STUDY FROM AN ACCREDITED COLLEDGE OR UNIVERSITY OR EQUIVALENT AS DETERMINED BY THE BOARD. CITE: 59 O.S. 1971 396.17 [59-396.17] (DANIEL J. GAMINO)